**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE PORK ANTITRUST LITIGATION

This Document Relates To:

*Domino's Pizza, LLC et al. v. Agri Stats,*
*Inc. et al.*, Civil No. 23-1831 (JRT/JFD)

Civil No. 18-1776 (JRT/JFD)

**ORDER OF DISMISSAL**
**WITH PREJUDICE**

---

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Direct Action Plaintiffs Domino's Pizza, LLC and Domino's Pizza Distribution, LLC (collectively, "Domino's") and Defendant Triumph Foods, LLC ("Triumph").  (Docket No. 3423 in Civil No. 18-1776; Docket No. 22 in Civil No. 23-1831 ("Stipulation").)

**IT IS HEREBY ORDERED** that:

1.      The Stipulation (Docket No. [3423] in Civil No. 18-1776; Docket No. [22] in Civil No. 23-1831) is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All claims brought by Domino's against Triumph in the above-captioned actions are **DISMISSED WITH PREJUDICE** as to Triumph.  Domino's and Triumph shall each bear their respective attorneys' fees and costs.

2.      This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions other than Domino's and Triumph.

-2-

DATED:  July 31, 2026                           _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                United States District Judge