**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE PORK ANTITRUST LITIGATION

This Document Relates To:

*Domino's Pizza, LLC et al. v. Agri Stats, Inc. et al.*, Civil No. 23-1831 (JRT/JFD)

Civil No. 18-1776 (JRT/JFD)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed on November 3, 2026, by Plaintiffs Domino's Pizza LLC and Domino's Pizza Distribution LLC (collectively, "Domino's") and Defendant Agri Stats, Inc. (Docket No. 3535 (the "Stipulation").)

**IT IS HEREBY ORDERED** that:

1. The Stipulation (Docket No. [3535]) is approved in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All claims brought by Domino's against Agri Stats, Inc. in the above-captioned actions are **DISMISSED WITH PREJUDICE** as to Agri Stats, Inc. Each party shall bear their respective fees and costs.

2. This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions other than Domino's and Agri Stats, Inc.

DATED: November 19, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge